# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE JARED TRENTON COWEN,<br><br>Debtor.<br>——————<br>JARED TRENTON COWEN<br><br>Plaintiff-Appellee<br><br>v.<br><br>WD EQUIPMENT LLC, AARON WILLIAMS and BERT DRING<br><br>Defendants-Appellants | BAP No.<br><br><br>Bankr. No.13-23461-EEB<br>Adversary No.:13-1622-EEB<br>Chapter 13 |

## ORDER RE: APPELLANTS' MOTION TO EXTEND DEADLINES
_____

THIS COURT having reviewed Appellants' Motion to Extend Deadlines, filed September 8, 2014, having shown good cause and being advised of the premises, it is hereby:

ORDERED that Appellants' Motion is granted.

IT IS FURTHER ORDERED that the deadline within which Appellants must file the Designation of Record and the Statement of Issues on Appeal is extended until October 27, 2014.

Date: __September 9__, 2014.

BY THE COURT:

_Elizabeth E. Brown_
_____
United States Bankruptcy Judge