# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02408-REB-AP
(Bankruptcy Case No. 13-23461-EEB Chapter 13)

In re: JARED TRENTON COWEN,

    Debtor.

Adversary No. 13-1622-EEB

JARED TRENTON COWEN,

    Plaintiff - Appellee,

v.

WD EQUIPMENT, LLC,
AARON WILLIAMS, and
BERT DRING,

    Defendants - Appellants.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Affirming in Part and Reversing in Part the Order of the United States Bankruptcy Court** [#28] entered by Judge Robert E. Blackburn on September 30, 2015, which order is incorporated herein by this reference.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the August 18, 2014, order of the bankruptcy court in Adversary No. 13-1622-EEB is reversed in part concerning the award of actual and punitive damages;

    2. That the award of actual damages in the amount of 101,602.38 dollars for the loss of net income related to the 2013 postal service contract is reduced to 91,246.56 dollars;

     3. That the award of punitive damages in the amount of 101,602.38 dollars tied to the loss of net income related to the 2013 postal service contract is reduced to 91,246.56 dollars;

     4. That otherwise, the August 18, 2014, order of the bankruptcy court in Adversary No. 13-1622-EEB is affirmed; and

     5. That this case is remanded to the to the United States Bankruptcy Court for the District of Colorado with directions to enter an amended judgment awarding actual and punitive damages for the loss of net income related to the 2013 postal service contract in the amounts specified in this order;

     DATED at Denver, Colorado, this 30th day of September, 2015.

     FOR THE COURT:

     Jeffrey P. Colwell, Clerk

     By: s/ Kathleen Finney
          Kathleen Finney
          Deputy Clerk